**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**Wheeling Division**

> ELECTRONICALLY
> FILED
> **Feb 01 2019**
> U.S. DISTRICT COURT
> Northern District of WV

**ANTHONY R. THOMAS, and
ERICA D. THOMAS,**

> *Plaintiffs,*

> v.

> Civil Action No. __5:19-CV-13__

**NATIONSTAR MORTGAGE LLC,
FORTRESS INVESTMENT GROUP, and
JOHN DOE,**

> *Defendants.*

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Fortress Investment Group, by counsel, makes the following disclosures:

1.      Is the party a non-governmental corporate party?

**RESPONSE: Yes.**

2.      If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation is no such corporation:

**RESPONSE: There is no such corporation.**

3.      If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

**RESPONSE: There is no such corporation.**

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it will promptly file a supplemental statement upon any change in the information that this statement requires.

Dated:  February 1, 2019                                        Respectfully submitted,

                                                                **FORTRESS INVESTMENT GROUP**


                                                                By:      /s/ Jason E. Manning
                                                                                    Of Counsel


Jason E. Manning (WV Bar No. 11277)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7564
Facsimile: (757) 687-1524
E-mail: jason.manning@troutman.com

*Counsel for Defendants Nationstar Mortgage LLC*
*and Fortress Investment Group*


2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**Wheeling Division**

**ANTHONY R. THOMAS, and**
**ERICA D. THOMAS,**

     *Plaintiffs,*

  v.                                         **Civil Action No. 5:19-CV-13**

**NATIONSTAR MORTGAGE LLC,**
**FORTRESS INVESTMENT GROUP, and**
**JOHN DOE,**

     *Defendants.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of February, 2019, the foregoing Financial Interest Disclosure Statement was electronically filed with the Clerk of the Court using the CM/ECF system, and I further certify that a copy of the foregoing was sent via first class mail to the following:

**Counsel for Plaintiffs**
Kevin L. Neiswonger
Neiswonger and White
409 Morton Avenue
Moundsville, West Virginia 26041

/s/ Jason E. Manning
Jason E. Manning (WV Bar No. 11277)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7564
Facsimile: (757) 687-1524
E-mail: jason.manning@troutman.com

37762944