IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

ANTHONY R. THOMAS and
ERICA D. THOMAS,

      Plaintiffs,

v.                                           Civil Action No. 5:19CV13
                                                    (STAMP)

NATIONSTAR MORTGAGE LLC,
FORTRESS INVESTMENT GROUP
and JOHN DOE,

      Defendants.

### ORDER GRANTING DEFENDANTS' MOTION TO DISMISS AS UNOPPOSED AND DISMISSING CIVIL ACTION

On March 25, 2019, the parties in the above-styled civil action appeared by counsel for a status and scheduling conference to address the issues raised by the parties' Rule 26(f) report (ECF No. 9), including the defendants' pending motion to dismiss (ECF No. 6). At the conference, counsel for plaintiffs indicated that plaintiffs did not file a response to the motion to dismiss because they found the defendants' motion to be meritorious. Plaintiffs further stated they did not object to this Court granting the defendants' pending motion to dismiss (ECF No. 6) and stated that plaintiffs would file a notice of no objection.

Following the conference, the plaintiffs filed a "response" to defendant's motion to dismiss in which they indicated that they consent to this Court entering an order dismissing the matter and posed no objection to the defendants' motion to dismiss. ECF No. 12.

Accordingly, for the reasons set forth above, the defendants' motion to dismiss the complaint (ECF No. 6) is GRANTED as unopposed and it is ORDERED that this case be DISMISSED WITH PREJUDICE and STRICKEN from the active docket of this Court.

IT IS SO ORDERED.

The Clerk is DIRECTED to transmit a copy of this order to counsel of record herein.  Pursuant to Federal Rule of Civil Procedure 58, the Clerk is DIRECTED to enter judgment on this matter.

DATED: March 25, 2019

/s/ Frederick P. Stamp, Jr.
FREDERICK P. STAMP, JR.
UNITED STATES DISTRICT JUDGE